Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
mschriever@hutchlegal.com

Casey J. Nelson, (12259)
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
caseynelson@wedgewood-inc.com

*Attorney for Plaintiff*

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

         JAN - 7 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, a California Limited Liability Company<br><br>Plaintiff(s),<br><br>v.<br><br>ADAM W. POLSON, an individual; INTERNAL REVENUE SERVICE; WELLS FARGO BANK, N.A.; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES and ROES I through X, inclusive;<br><br>Defendant(s).<br><br>AND RELATED ACTIONS. | Civil No. 3:19-CV-00529-MMD-CBC<br><br>**STIPULATION AND ORDER TO CONTINUE JANUARY 13, 2020 CASE MANAGEMENT CONFERENCE** |

Plaintiff/Counter-Defendant Champery Rental REO, LLC ("Champery"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Adam W. Polson ("Polson"), Defendant Internal Revenue Service ("United States"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"),

1

and Third-Party Defendant Renovista Ridge Master Property Owners Association ("Renovista"), by and through their respective attorneys of record, stipulate to continue the Case Management Conference currently scheduled for January 13, 2020 at 10:00 a.m. to the mutually convenient time of January 17, 2020 at 11:00 a.m.

Counsel for all parties has been notified by Matthew K. Schriever, counsel for Champery, that he has a personal scheduling conflict and is unable to attend the January 13, 2020 hearing in person, as ordered by the Court. Specifically, Mr. Schriever's wife has a previously planned trip out of town and does not return home until the evening of January 13, 2020. Her flights were booked on October 20, 2019. Mr. Schriever's wife typically takes on the responsibility of getting their three kids ready for school, dropping them off at three different schools, and picking them up from those schools. Because she will be out of town on Monday, January 13, 2020, Mr. Schriever is taking on those family responsibilities that day and there is not adequate time for him to get his children to school in Las Vegas, NV in the morning, fly to Reno, NV to attend the hearing in person at 10:00 a.m., and fly back to Las Vegas, NV to pick his children up from school in the afternoon.[1]

Upon learning of the continued hearing and in person attendance requirement, Mr. Schriever contacted the Courtroom Administrator on January 6, 2020 to advise her of the scheduling conflict. The Courtroom Administrator indicated Friday, January 17, 2020 at 11:00 a.m. as a possible alternative date for the hearing if all parties stipulated and if the Court granted the stipulation. Accordingly, Mr. Schriever contacted all counsel of record and the parties hereby

---

[1] Mr. Schriever would be available to attend the hearing on Monday, January 13, 2020 *telephonically*, but for the reasons state above is not available to personally attend a hearing in Reno, NV on that date.

stipulate that the January 13, 2020 hearing be continued to **January 17, 2020 at 11:00 a.m.** so that Mr. Schriever can personally attend the hearing, as ordered by the Court.

Respectfully submitted this 7th day of January 2020.

| | |
|---|---|
| HUTCHISON & STEFFEN, PLLC | RICHARD E. ZUCKERMAN<br>Principal Acting Assistant Attorney General |
| /s/ Matthew K. Schriever<br>Matthew K. Schriever (10745)<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, Nevada 89145<br>mschriever@hutchlegal.com<br>Casey J. Nelson (12259)<br>WEDGEWOOD, LLC<br>2320 Potosi Street, Suite 130<br>Las Vegas, Nevada 89146<br>caseynelson@wedgewood-inc.com<br>*Attorneys for Champery Rental REO, LLC* | /s/ Boris Kukso<br>BORIS KUKSO<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Boris.Kukso@usdoj.gov<br>*Attorneys for the United States*<br><br>MADDOX SEGERBOLM CANEPA LLP<br><br>/s/ Eva G. Segerblom<br>EVA G. SEGERBLOM (10749)<br>ARDEA G. CANEPA-ROTOLI (12345)<br>10403 Double R. Boulevard<br>Reno, NV 89521<br>esegerblom@msclawyers.com<br>acanepa@msclawyers.com<br>*Attorneys for Reno Ridge Master Property Association* |
| MICHAEL LEHNERS, ESQ.<br><br>/s/ Michael Lehners<br>MICHAEL LEHNERS (3331)<br>429 March Avenue<br>Reno, NV 89509<br>michaellehners@yahoo.com<br>*Attorney for Adam W. Polson* | |
| TIFFANY & BOSCO, P.A.<br><br>/s/ Krista J. Nielson<br>KRISTA J. NIELSON (10698)<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89135<br>(702) 916-1445<br>knielson@tblaw.com<br>*Attorney for Wells Fargo Bank* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/7/2020