Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
mschriever@hutchlegal.com

Casey J. Nelson, (12259)
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
caseynelson@wedgewood-inc.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, a California Limited Liability Company<br><br>Plaintiff(s),<br>v.<br><br>ADAM W. POLSON, an individual; INTERNAL REVENUE SERVICE; WELLS FARGO BANK, N.A.; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES and ROES I through X, inclusive;<br><br>Defendant(s).<br><br>AND RELATED ACTIONS. | Civil No. 3:19-CV-00529-MMD-CLB<br><br>**STIPULATION TO DISMISS WELLS FARGO BANK, N.A. WITHOUT PREJUDICE** |

Plaintiff/Counter-Defendant Champery Rental REO, LLC ("Champery"), Defendant/Counter-Plaintiff/Third-Party Plaintiff Adam W. Polson ("Polson"), Defendant Internal Revenue Service ("United States"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"),

and Third-Party Defendant Renovista Ridge Master Property Owners Association ("Renovista") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Champery's claims against Wells Fargo in this case are dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED that Champery will not seek recovery of its attorneys' fees and costs in this case from Wells Fargo.

IT IS FURTHER STIPULATED AND AGREED that Wells Fargo will not seek recovery of its attorneys' fees and costs in this case from Champery.

///

///

///

Respectfully submitted this 21st day of January 2020.

| HUTCHISON & STEFFEN, PLLC | RICHARD E. ZUCKERMAN |
|---|---|
| | Principal Acting Assistant Attorney General |
| */s/ Matthew K. Schriever* | |
| Matthew K. Schriever (10745) | */s/ Boris Kukso* |
| 10080 W. Alta Dr., Suite 200 | BORIS KUKSO |
| Las Vegas, Nevada 89145 | Trial Attorney, Tax Division |
| mschriever@hutchlegal.com | U.S. Department of Justice |
| Casey J. Nelson (12259) | Boris.Kukso@usdoj.gov |
| WEDGEWOOD, LLC | *Attorneys for the United States* |
| 2320 Potosi Street, Suite 130 | |
| Las Vegas, Nevada 89146 | MADDOX SEGERBOLM CANEPA LLP |
| caseynelson@wedgewood-inc.com | |
| *Attorneys for Champery Rental REO, LLC* | */s/ Eva G. Segerblom* |
| | EVA G. SEGERBLOM (10749) |
| MICHAEL LEHNERS, ESQ. | ARDEA G. CANEPA-ROTOLI (12345) |
| | 10403 Double R. Boulevard |
| */s/ Michael Lehners* | Reno, NV 89521 |
| MICHAEL LEHNERS (3331) | esegerblom@msclawyers.com |
| 429 March Avenue | acanepa@msclawyers.com |
| Reno, NV 89509 | *Attorneys for Reno Ridge Master* |
| michaellehners@yahoo.com | *Property Association* |
| *Attorney for Adam W. Polson* | |

TIFFANY & BOSCO, P.A.

*/s/ Krista J. Nielson*
KRISTA J. NIELSON (10698)
10100 W. Charleston Blvd., Suite 220
Las Vegas, NV 89135
(702) 916-1445
knielson@tblaw.com
*Attorney for Wells Fargo Bank*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 22, 2020