MICHAEL LEHNERS, ESQ.
Nevada State Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
P: (775) 786-1695
F: (775) 786-0799
E: michaellehners@yahoo.com
Attorney for Defendant
Adam Polson

*Enf 3/30/20*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

CHAMPERY RENTAL REO, LLC,          CASE NO: 3:19-cv-00529-MMD-CBC
a California Limited Liability Company,

        Plaintiff,

vs.

ADAM POLSON, et al.,

        Defendant.
_____/

AND ALL RELATED ACTIONS
_____/

**STIPULATION AND ORDER TO EXTEND OUT DISCOVERY DATE BETWEEN DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF, ADAM POLSON AND THIRD-PARTY DEFENDANT RENOVISTA RIDGE MASTER PROPERTY OWNERS ASSOCIATION TO TAKE DEPOSITION**

COME NOW Defendant/Counter-Plaintiff/Third-Party Plaintiff, Adam Polson (hereinafter "Polson"), by and through his attorney, Michael Lehners, Esq., and Third-Party Defendant Renovista Ridge Master Property Owners Association (hereinafter "Renovista") by and through its attorney, Sophie Karadanis, Esq., of Leach, Kern, Gruchow Anderson Song stipulate and agree as follows:

1.     That the discovery deadline of April 23, 2020 is hereby extended between Polson and Renovista only to June 23, 2020 so that Polson can schedule and take the deposition of the PMK for Renovista.

1    2.    That is the first request for any extensions made by either party in this

2  matter.

3

4  Dated this __ day of _____, 2020          DATED this 30th  day of March, 2020.

5  _____          /s/ Sophie Karadanis, Esq.

6  Michael Lehners, Esq.                    Sophie Karadanis, Esq.
   429 Marsh Avenue                        Leach, Kern, Gruchow Anderson Song
7  Reno, NV 89509                          5421 Kietzke Lane, Suite 200
   P: 775-786-1695                         P: 775-324-5930
8  E: michaellehners@yahoo.com             E: skaradanis@lkglawfirm.com

9

10

11

12                          **ORDER**

13     IT IS ORDERED this 31st day of _____March_____, 2020

14

15  _____

16         UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY MAIL**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the ⊃⃝ day of March, 2020 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **STIPULATION AND ORDER TO EXTEND OUT DISCOVERY DATE BETWEEN DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF, ADAM POLSON AND THIRD-PARTY DEFENDANT RENOVISTA RIDGE MASTER PROPERTY OWNERS ASSOCIATION TO TAKE DEPOSITION** addressed as follows:

> Casey Nelson, Esq.
> Wedgewood, LLC
> 2320 Potosi St. Suite 130
> Las Vegas, NV 89146
>
> Matthew Schriever, Esq.
> Hutchinson & Steffen
> 10080 W. Alta Dr. Suite 200
> Las Vegas, Nv 89145
>
> Boris Kukso, Esq.
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Ben Franklin Station
> Washington, DC 20044
>
> Krista Nielson, Esq.
> Tiffany & Bosco, P.A.
> 10100 W. Charleston Blvd.
> Ste 220
> Las Vegas, NV 89135

Dolores Stigall