MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

Attorney for Defendant
Adam L. Polson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, a California Limited Liability Company,<br>Plaintiff,<br><br>vs.<br><br>ADAM L. POLSON; et. al.<br>Defendant. | Civil No. 3:19-cv-00529-MMD-CBC<br><br><br><br>STIPULATION TO STAY PROCEEDINGS IN ORDER TO ALLOW SETTLEMENT DISCUSSIONS TO PROCEED |

AND ALL RELATED ACTIONS
_____/

COME NOW Defendant, Adam Polson, by and through his attorney, Michael Lehners, Esq; Third Party Defendant, Renovista Ridge Master Property Owners Association ("Reno Vista"), by and through its attorney, Sophie Karadanis, Esq. of Leach, Kern, Gruchow, Anderson, Song, and Plaintiff Champery Rental REO, LLC, by and through its attorney, Matthew K. Schriever, Esq. of Hutchinson & Steffen, PLLC; Defendant United States (Internal Revenue Service) by and through its attorney Boris Kukso, Esq. and stipulate as follows:

1.	On April 27, 2020 Reno Vista filed a motion to dismiss Mr. Polson's third party complaint (ECF 45). On May 6, 2020 Mr. Polson filed his response (ECF 48). On May 13, 2020 Reno Vista filed its reply (ECF 49). The motion has not yet been ruled upon.

2.	On May 21, 2020 Plaintiff filed a motion for summary judgment against Mr. Polson (ECF 51). Mr. Polson's response is due on June 11, 2020.

3.	On May 22, 2020 the United States filed a motion for summary judgment against the Plaintiff (ECF 52). The Plaintiff's response is due June 12, 2020.

1

4. On June 2, 2020 this Court approved a stipulation between the Plaintiff and Reno Vista to extend the time to conduct depositions to August 31, 2020 (ECF 54).

5. The parties have been conducting informal settlement discussions, and each party desires to minimize spending additional attorney fees while these discussions are taking place.

6. The parties hereby request that this matter be stayed through July 31, 2020 in order to see if the parties can reach a global settlement. Should the matter not settle, then the parties would request that the deadlines to file responses to the pending summary judgment motions be extended to August 7, 2020.

Dated: 6/8/20

_____
Michael Lehners, Esq.
Attorney for Adam Polson

Dated: 6/8/20

/s/ Sophie Karadanis
_____
Sophie Karadanis, Esq.
Attorney for Reno Vista

Dated: 6/8/20

/s/ Boris Kukso
_____
Boris Kukso, Esq.
Attorney for United States

Dated: 6/8/20

/s/ Matthew Schriever
_____
Matthew K. Schriever, Esq.
Attorney for Champery Rental REO

**ORDER**

IT IS ORDERED THIS __8th__ day of __June__, 2020

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

\# \# \#