MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

Attorney for Defendant
Adam L. Polson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, a California Limited Liability Company,<br>    Plaintiff,<br><br>vs.<br><br>ADAM L. POLSON; et. al.<br>    Defendant.<br>_____<br>AND ALL RELATED ACTIONS<br>_____/ | Civil No. 3:19-cv-00529-MMD-CBC<br><br><br><u>ORDER OF DISMISSAL WITH PREJUDICE</u> |

THIS MATTER came before the Court on the stipulation between Defendant, Adam Polson; Plaintiff Champery Rental REO, LLC; Third Party Defendant, Renovista Ridge Master Property Owners Association and Defendant United States (Internal Revenue Service). The Court reviewed the stipulation before it. Good cause appearing therefore, the Court finds and Orders as follows

IT IS HEREBY ORDERED that the terms of the stipulation between the parties are incorporated into this Order.

IT IS FURTHER ORDERED that this case is dismissed with prejudice as to all parties. Each party shall bear its own fees and costs.

IT IS ORDERED THIS __23rd__ day of __November__, 2020

_____
Miranda M. Du,
Chief U.S. District Judge

# # #